# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156940(15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PETER ALFRED PEREZ,
      Defendant-Appellant.
_____/

SC: 156940
COA: 338529
Saginaw CC: 10-033800-FH

On order of the Chief Justice, the motion of defendant-appellant for permission to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on February 6, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2018



Clerk